MCC:TBS:ku:Montelongo

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>         PLAINTIFF<br><br>vs.<br><br>$1,790,021, IN UNITED STATES CURRENCY<br>         DEFENDANT | CIVIL NO. 1:CV-01-1084<br><br>(JUDGE Rambo)<br><br>FILED<br>HARRISBURG<br>JUN 19 2001<br>MARY E. D'ANDREA, CLERK<br>Per_____<br>DEPUTY CLERK |

LEGAL NOTICE

The United States of America vs. $1,790,021 in United States Currency; United States District Court for the Middle District of Pennsylvania, Civil No. 1:CV-01-1084

All persons claiming an interest in this property are hereby notified to file a claim within thirty (30) days and to serve an answer within twenty (20) days after filing of the claim as provided by Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims or suffer entry of judgment by default. Additional procedures and regulations regarding this forfeiture action are found at 19 U.S.C. §§ 1602-1619, and Title 21, Code of Federal Regulations (C.F.R.), Sections 1316.71-1316.81. All persons and entities who have an interest in the defendant property may, in addition to filing a claim or in lieu of the filing of a claim, submit a Petition for Remission or Mitigation of the forfeiture for a non-judicial determination of this action pursuant to 28, C.F.R. Part 9. Martin C. Carlson, United States Attorney, for the Middle District of Pennsylvania, and Theodore B.

Smith, Assistant U.S. Attorney, 228 Walnut Street, Harrisburg, Pennsylvania 17108, (717) 221-4482, Attorneys for Plaintiff.

                                          U.S. Marshal Service
                                          Scranton, PA 18501