cc: cert. AUSA & cl.

ORIGINAL



UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,      :
                Plaintiff   :
                             :
     vs.                       :   CIVIL NO. 1:CV-01-1084
                             :
$1,790,021 IN U.S. CURRENCY,   :   (JUDGE Rambo )
                Defendant   :
                             :

FILED
HARRISBURG

JUN 19 2001

MARY E. D'ANDREA, CLERK
Per_____
    DEPUTY CLERK

**WARRANT OF ARREST _IN REM_**

TO:  THE UNITED STATES MARSHALS SERVICE
     OR ITS DESIGNATED REPRESENTATIVE

**WHEREAS**, a Verified Complaint of Forfeiture _in rem_ has been filed on June 19, 2001 in the United States District Court for the Middle District of Pennsylvania, alleging that the defendant property, $1,790,021 in U.S. Currency, is subject to seizure and forfeiture to the United States pursuant to 18 U.S.C. §981, 21 U.S.C. § 881 and 31 U.S.C. § 5317(c), for violations of 18 U.S.C. §1956, 21 U.S.C. §§ 841 and 846 and 31 U.S.C. §§ 5316 and 5324(b);

**AND** the Court being satisfied there is probable cause to

believe that defendant property so described was involved in a transaction or attempted transaction in violation of 31 U.S.C. §§ 5316 and 5324(b)(1), Causing or Attempting to Cause Another to Fail to File a Report on Exporting Monetary Instruments, and 18 U.S.C. §1956, Laundering of Monetary Instruments, or is traceable to property involved in such transactions or attempted transactions, and constitutes monies furnished or intended to be furnished in exchange for controlled substances, proceeds traceable to such an exchange, or monies intended to be used to facilitate violations of 21 U.S.C. § 841 and 846, and that grounds for application for issuance of a Warrant of Arrest <u>in Rem</u> exist, title having vested in the United States by operation of law;

**YOU ARE HEREBY COMMANDED to ARREST** and **SEIZE** defendant property, and use discretion and whatever means appropriate to protect and maintain said defendant property; and

**YOU ARE, THEREFORE, HEREBY COMMANDED** to **ARREST** and **PUBLISH** said property, and to further post upon said property in an open and visible manner notice of such arrest at the time thereof, making the government's arrest open and notorious.

**IT IS FURTHER ORDERED** that the United States Marshals Service shall have at their discretion the authority to dispose of, by any means available, perishable, contaminated, flammable,

explosive, or volatile items.  An inventory will be kept as to those items and the method of disposal.

**UPON APPLICATION** of the plaintiff, United States of America, and pursuant to the All Writs Act, 28 U.S.C. § 1651(a), the Court shall issue any order necessary to effectuate and prevent the frustration or the execution of this warrant.

The United States Marshals Service, at their discretion, shall be accompanied by federal, state, or local law enforcement officers to assist them in the execution of this Warrant.

**YOU ARE FURTHER COMMANDED** to provide notice of this action to all persons thought to have an interest in or claim against the defendant property, to file a verified claim and statement of interest with the Clerk of this Court, pursuant to 18 U.S.C. § 983(a)(4)(A), within thirty (30) days after (1) service of the Government's complaint or (2) last publication of the notice of the filing of the Complaint, or within such time as the Court may allow and, pursuant to 18 U.S.C. § 983(a)(4)(A) and Rule C(6)(a) of the Supplemental Rules for Certain Admiralty and Maritime Claims, to serve and file their answers to the verified Complaint within twenty (20) days after the filing of the claim and statement of interest with the Office of the Clerk, United States District Court, Middle District of Pennsylvania, with a copy thereof sent to Assistant United States Attorney Theodore B.

Smith, U.S. Attorney's Office, 228 Walnut Street, P.O. Box 11754, Harrisburg, PA 17108-1754.

Dated this 19th day of June, 2001

MARY D'ANDREA
Clerk of Court

By: *[signature]*
Deputy Clerk

NOTE: ALL PERSONS asserting an interest in or claim against the defendant property are required to file a statement of interest in the clerk's office and to answer the Complaint within the times above fixed; otherwise, the plaintiff may enter an interlocutory or final judgment as may be appropriate.

This Warrant and Summons is issued pursuant to Rule C(3) of the Supplementary Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.