U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 1:CV-01-1084 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| $1,790,021.00 in U.S. Currency | Publication |

**SERVE** ➡

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

*01-DEA-397346*

**AT**

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Theodore B. Smith, III, AUSA
U.S. Attorney's Office
228 Walnut Street
Harrisburg, PA  17108
Attn: K. Updike

| | |
|---|---|
| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Fold

Publish the attached notice in a newspaper of general circulation for Dauphin County, Middle District of Pennsylvania, once a week for three consecutive weeks.

Fold

| Signature of Attorney or other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| *Theodore B. Smith* | X PLAINTIFF ☐ DEFENDANT | (717)221-4482 | 6/30/01 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. ___ | District to Serve No. ___ | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | | | | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

FILED

| Name and title of individual served (if not shown above) | SCRANTON | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|---|
| Address (complete only if different than shown above) | AUG 14 2001 | Date of Service / Time / am pm |
| | PER ___ DEPUTY CLERK | Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:

$531.00
July 4, 11, 18

**PRIOR EDITIONS MAY BE USED**

**1. CLERK OF THE COURT**

FORM USM-285 (Rev. 12/15/80)

# PUBLIC VOUCHER FOR ADVERTISING

| | For Agency Use Only |
|---|---|

| DEPARTMENT OR ESTABLISHMENT, BUREAU OR OFFICE | VOUCHER NUMBER |
|---|---|
| United States Department of Justice-United States Marshals Service    570-346-7277 x228 | |

| PLACE VOUCHER PREPARED 231 Federal Building Washington Avenue and Linden Street, Scranton, PA. 18501 | DATE PREPARED *June 27, 2001* | SCHEDULE NUMBER |
|---|---|---|

| NAME OF PUBLICATION **The Patriot News** vendor I.D.    BPA-01-001-010-090 | Paid By WALTER D. SOKOLOWSKI U.S. Marshal 8167 |
|---|---|
| NAME OF PUBLISHER OR REPRESENTATIVE P.O. Box 2265 | |
| ADDRESS *(Street, room number, city, state and ZIP code)* Harrisburg, PA. 17105 | |

## CHARGES

| TYPEFACE | | *(size of type)* POINT PER | *(inch, square, word, or folio)* | |
|---|---|---|---|---|

### Line Rates

| | | NUMBER OR LINES *(Indicate counted or spaced)* | COST PER LINE | TOTAL COST |
|---|---|---|---|---|
| | FIRST INSERTION July 4, 2001 | 39 | $ 4.50 | $ 175.50 |
| | ADDITIONAL INSERTIONS GIVE NUMBER 2 | 78 | 4.50 | 351.00 |
| | TOTAL | | | $ 526.50 |

### Other Rates

| | | NUMBER OF UNITS *(Indicate inch, square, word, or folio)* | COST PER UNIT | TOTAL COST |
|---|---|---|---|---|
| | FIRST INSERTION | | $ | $ |
| | ADDITIONAL INSERTIONS GIVE NUMBER | | | |
| | TOTAL | | | $ |

**Miscellaneous Notices**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
CIVIL NO. 1:CV-01-1084
(JUDGE RAMBO)
UNITED STATES OF AMERICA,
                    PLAINTIFF
        vs.
$1,790,021, IN UNITED STATES CURRENCY
                    DEFENDANT
        LEGAL NOTICE
    The United States of America vs. $1,790,021 in United States Currency; United States District Court for the Middle District of Pennsylvania, Civil No. 1:CV-01-1084
    All persons claiming an interest in this property are hereby notified to file a claim within thirty (30) days and to serve an answer within twenty (20) days after filing of the claim as provided by Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims or suffer entry of judgment by default.
    Additional procedures and regulations regarding this forfeiture action are found at 19 U.S.C. 1602-1619, and Title 21, Code of Federal Regulations (C.F.R.), Sections 1316.71-1316.81. All persons and entities who have an interest in the defendant property may, in addition to filing a claim or in lieu of the filing of a claim, submit a Petition for Remission or Mitigation of the forfeiture for a non-judicial determination of this action pursuant to 28, C.F.R. Part 9. Martin C. Carlson, United States Attorney, for the Middle District of Pennsylvania, and Theodore B. Smith, Assistant U.S. Attorney, 228 Walnut Street, Harrisburg, Pennsylvania 17108, (717) 221-4482, Attorneys for Plaintiff.
    U.S. Marshal Service
    Scranton, PA 18501

Attach one ... *g upper and lower rules)* to each copy of vo ... le sign the following affidavit.

| TOTAL LINE RATES AND OTHER RATES Bold prt 3.00 | 526.50 |
|---|---|
| Notary Fee | 1.50 |
| BALANCE DUE $ | 531.00 |
| VERIFIED *(Initials)* | |

## AFFIDAVIT

This repres ... ed advertising order, with specifications and copy, which has been completed.

SIGNATURE _____

TITLE Mic ... Controller     DATE July 19, 2001

FOR AGENCY USE ONLY

ADVERTISE ...

I certify that ... appeared in the named publication and that this account is correct and eligible for payment.

Notarial Seal
Terry L. Russell
Harrisburg, Dauphin County
My Commission Expires June 6, 200E
Member, Pennsylvania Association of Notaries

| SIGNATURE AND TITLE OF CERTIFYING OFFICER Don Heemer Chief Deputy United States Marshal | DATE |
|---|---|
| SIGNATURE AND TITLE OF AUTHORIZING OFFICER **Don Heemer Chief Deputy United States Marshal** | |

| NASAF 151 5042 O/C Code 2417 | ACCOUNTING CLASSIFICATION | PAID BY CHECK NUMBER |
|---|---|---|

1 If the ability to certify and authority to approve are combined in one person enter "N/A" (not applicable) here.

430-187

GPO = 1984 0 -

| Standard Form No. 1143<br>1 TFRM 4-2000 | **ADVERTISING ORDER** | ORDER NUMBER |
|---|---|---|
| DEPARTMENT OR ESTABLISHMENT, BUREAU OR OFFICE<br>**United States Department of Justice-United States Marshals Service     570-346-7277 x228** | | DATE |

The publisher of the publication named below is authorized to publish the enclosed advertisement according to the schedule below provided the rates are not in excess of the commercial rates charged to private individuals with the usual discounts. It is to be set solid, without paragraphing , and without any display in the heading unless otherwise expressly authorized in the specifications.

| NAME OF PUBLICATION ADVERTISED IN | |
|---|---|
| SUBJECT OF ADVERTISEMENT   *CV-01-1084*        01-DEA-387346 | EDITION OF PAPER ADVERTISEMENT APPEARED |
| NUMBER OF TIMES ADVERTISEMENT APPEARED   *Three (3) Times* | DATE(s) ADVERTISEMENT APPEARED   July 4, 11, & 18   2001 |

SPECIFICATIONS FOR ADVERTISEMENT

**After first publication please submit 2 copies of the advertisement to this office**

**After last publication please submit completed advertising voucher.**

COPY FOR ADVERTISEMENT

### *SEE ATTACHED*

| AUTHORITY TO ADVERTISE | INSTRUMENT OF ASSIGNMENT |
|---|---|
| NUMBER            *Three (3) Times* | NUMBER |
| DATE(s) July 4, 11, & 18   2001 | DATE        June 27, 2001 |
| SIGNATURE OF AUTHORIZING OFFICIAL | TITLE **Walter D. Sokolowski, U.S. Marshal** |

## INSTRUCTIONS TO PUBLISHERS

Extreme care should be exercised to insure that the specifications for advertising to be set other than solid be definite, clear and specific since no allowances will be made for paragraphing or for display or leaded or prominent headings, unless specifically ordered or for additional space required by the use of type other than that specified. Specifications for advertising other than solid and the advertisement copy submitted to the publisher will be attached to the voucher. The following is a sample of solid line advertisement set up in accordance with the usual Government requirements.

DEPARTMENT OF HIGHWAYS AND TRAFFIC, D.C. Bids are requested for first spring 1996 cement concrete repair contract, including incidental work, Washington,D.C.,Invitation No. C-5576-H, consisting of 11,000 sq. Yds. PCC Class BB sidewalk repair and 2,000 cu. Yds PCC Class A pavement, alley & driveway repair, both cut repairs only. Bidding material available from the Procurement Officer, D.C. Sealed bids to be opened in the Procurement Office at 3:00 p.m., November 16, 1965

Your bill for this advertising order should be submitted on the "Public Voucher for Advertising" form, which is printed on the reverse side of this form, immediately after the last publication of the advertisement. If copies of the printed advertisement are not available, complete the affidavit provided on the voucher. Submit the voucher and a copy of the printed advertisement to: **United States Marshals Service, 231 Federal Building Washington Avenue and Linden Street, Scranton, PA. 18501.**

**IMPORTANT** Charges for advertising when a cut, matrix, stereotype, or electrotype, is furnished will be based on actual space used and no allowance will be made for shrinkage. In no case shall the advertisement extend beyond the date and edition stated in this order.

1143-108