**U.S. Department of Justice**
**United States Marshals Service**

01 JUN 27 AM 9:18

SOUTHERN DIST. OF TX

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 1:CV-01-1084 |
| **DEFENDANT** | **TYPE OF PROCESS** |
| $1,790,021.00 in U.S. Currency | Personal - Cmplt, Summ. Warrant |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Jose Montelongo    01-DEA-387346

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
90 Uvalde Street, Apt. 1409, Houston, TX 77020  home 713.451.5950
Pines of Woodforest Apts

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Theodore B. Smith, III, AUSA
U.S. Attorney's Office
228 Walnut Street    Attn: K. Updike
P.O. Box 11754
Harrisburg, PA 17108

Number of process to be served with this Form - 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Serve the above named individual with the attached Verified Complaint of Forfeiture, Warrant and Summons.

Signature of Attorney or other Originator requesting service on behalf of:  Theodore B. Smith
[X] PLAINTIFF    [ ] DEFENDANT
TELEPHONE NUMBER: (717) 221-4482
DATE: 6/20/01

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: 4
District of Origin No. 67
District to Serve No. 79
Signature of Authorized USMS Deputy or Clerk
Date: 6/21/01

[X] I hereby certify and return that I have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

Name and title of individual served (if not shown above)
Jose Montelongo

FILED SCRANTON AUG 17 2001 /s/ Deputy Clerk

Address (complete only if different than shown above)
IH 10 East @ Sheldon (McDonald's Parking Lot) Houston, TX

[ ] A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 8/8/01    Time: 4.00 pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS: 7/12/01 ETS - 4PM - left card w/ wife. Sub truck driver - out of town
8/7/01 - left message. Sub called me at McDonald's Restaurant.
Apt Manager advised sub lives here.

PRIOR EDITIONS MAY BE USED    1. CLERK OF THE COURT    FORM USM-285 (Rev. 12/15/80)