UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,
         Plaintiff

vs.

$1,790,021 in U.S. Currency,
         Defendant

CIVIL NO. 1:CV-01-1084

FILED
HARRISBURG, PA
NOV 14 2001
MARY E. D'ANDREA, CLERK
Per _____
    Deputy Clerk

### ORDER

AND NOW, this __14__ day of November, 2001, upon consideration of the motion of the United States, plaintiff in the above-captioned _in rem_ civil forfeiture case, for a stay of proceedings, it appearing that civil discovery will adversely affect the ability of the United States to conduct related criminal investigations and prosecutions and may burden the right of the claimant against self-incrimination in those related investigations and prosecutions, and it further appearing that the claimant concurs in the motion for a stay, the motion is **GRANTED**, and it is hereby **ORDERED** that proceedings in the above-captioned case shall be stayed until February 15, 2002.

_____
SYLVIA H. RAMBO
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

Re:  1:01-cv-01084    United States of Ame v. $1,790,021 in U.S. C

True and correct copies of the attached were mailed by the clerk to the following:

Theodore B. Smith III, Esq.
U.S. Attorney's Office
Room 217, Federal Building
228 Walnut St.
Harrisburg, PA  17108

Chris Flood, Esq.
914 Preston St., Suite 800
Houston, TX  07002        Fax No.: (713)223-8879

```
cc:
Judge                       (X)           ( ) Pro Se Law Clerk
Magistrate Judge            ( )           ( ) INS
U.S. Marshal                ( )           ( ) Jury Clerk
Probation                   ( )
U.S. Attorney               ( )
Atty. for Deft.             ( )
Defendant                   ( )
Warden                      ( )
Bureau of Prisons           ( )
Ct Reporter                 ( )
Ctroom Deputy               ( )
Orig-Security               ( )
Federal Public Defender     ( )
Bankruptcy Court            ( )
Other_____  ( )
```

MARY E. D'ANDREA, Clerk

DATE: November 14th, 2001                BY: _____
                                             Deputy Clerk