cc: Cank, KPK, MGA

(16)
9-13-02
MA

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 1:01-CV-~~1952~~ 1084 |
| vs. | |
| $1,790,021 IN U.S. CURRENCY<br>ALEJANDRO MARTINEZ-LOPEZ (CLAIMANT) | DATE: September 12, 2002 @ 9:00 AM |

Judge Sylvia H. Rambo presiding in Chambers

Proceeding: Case Management Conference

Time Commenced: 9:00         Time Terminated: 9:15

APPEARANCES

Plaintiff's Counsel:            Defendant's Counsel:
Smith                           Flood

REMARKS: Amend & Joinder 11/15
Discovery 2/7
Disp 2/28
Trial May '03
Primary issues are (1) will claimant
submit to discovery (2) does claimant
have standing to express evidence

FILED SEP 12 2002 PER HARRISBURG, PA DEPUTY CLERK