ORIGINAL

TAM:TBS

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO.  1:CV-01-1084 |
| | ) | (Judge Rambo) |
| v. | ) | |
| | ) | |
| $1,790,021 IN U.S. CURRENCY | ) | |
| | ) | |

FILED
HARRISBURG, PA

NOV 2 6 2002

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

<u>NOTICE OF DEPOSITION</u>

TO:  Alejandro Martinez-Lopez

**PLEASE TAKE NOTICE** that the Plaintiff, the United States of America, will take the deposition upon oral examination of **Alejandro Martinez-Lopez**, pursuant to Fed.R.Civ.P. 26(a)(5) and 30, before a notary public or some other officer authorized to administer oaths under law, at the United States Attorney's Office, Suite 220, United States Courthouse and Federal Building, 228 Walnut Street, Harrisburg, Pennsylvania, on Tuesday, December

17, 2002, commencing at 9:30 A.M.  The deposition will be
continuing from day to day, if necessary, until completed.

                                    Respectfully submitted,

                                    THOMAS A. MARINO
                                    United States Attorney


                                    THEODORE B. SMITH, III
                                    Assistant U.S. Attorney
                                    P.O. Box 11754
                                    Harrisburg, PA  17108-1754
                                    (717) 221-4482
                                    Counsel for Plaintiff


    Dated:    11/25/02