IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **United States v. $1,790,021 in U.S. Currency** | : | **Civil No. 1:CV-01-1084** |
| **Tyson Foods, Inc. v. Parker,** *et al.* | : | **Civil No. 1:CV-02-0975** |
| **Yost,** *et al.* **v. American Concrete & Masonery** | : | **Civil No. 1:CV-02-1135** |
| **McGreevy v. Stroup,** *et al.* | : | **Civil No. 1:CV-01-1461** |

# N O T I C E

**NOTICE IS HEREBY GIVEN** that the deadlines for pretrial memoranda and pretrial conferences for cases on the May 2003 are moved as follows:

1) The pretrial conferences are moved from April 25, 2003 to Thursday, April 24, 2003, at the following times:

| | |
|---|---|
| Civil No. 1:CV-01-1084 | **9:00 a.m.** |
| Civil No. 1:CV-02-0975 | **10:00 a.m.** |
| Civil No. 1:CV-02-1135 | **11:00 a.m.** |
| Civil No. 1:CV-01-1461 | **1:30 p.m.** |

FILED

DEC 1 6 2002

PER
HARRISBURG, PA DEPUTY CLERK

2) Pretrial memoranda shall be filed no later than noon on Thursday, April 17, 2003, in conformity with the local rules.

3) All other deadlines and provisions of the case management orders remain unchanged.

SYLVIA H. RAMBO
United States District Judge

Dated:  December  16  , 2002.