IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL NO. 1:CV-01-1084 |
| Plaintiff | |
| v. | |
| $1,790,021 IN U.S. CURRENCY, | |
| Defendant | |
| Alejandro Martinez-Lopez, Claimant | |



### O R D E R

Before the court is the Government's motion for sanctions in which it seeks dismissal of the claim by Alejandro Martinez-Lopez for his failure to appear at his scheduled deposition. No response to the motion has been filed.

**IT IS HEREBY ORDERED THAT** no later than March 14, 2003, claimant Alejandro Martinez-Lopez shall show cause why his claim in the captioned action should not be dismissed as a sanction for his failure to appear for his scheduled deposition.

SYLVIA H. RAMBO
United States District Judge

Dated: February 27, 2003.