IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | **CIVIL NO. 1:CV-01-1084** |
| **Plaintiff** : | |
| v. : | |
| **$1,790,021 IN U.S. CURRENCY,** : | |
| **Defendant** : | |
| **Alejandro Martinez-Lopez, Claimant** : | |

**O R D E R**

On February 27, 2003, the court issued an order directing the Claimant, Alejandro Martinez-Lopez, to show cause why his claim in the captioned action should not be dismissed as a sanction for his failure to appear for his scheduled deposition. On March 14, 2003, Claimant responded to the court's order. Concurrently, Claimant filed a motion to suppress the evidence seized "as a result of the unlawful stop, detention, arrest and subsequent search of Jose Montelongo on December 29, 2000." (Claimant's Mot. to Supp. at 1.) According to Local Rule 7.5, the Claimant must file a brief in support of said motion within ten days of its filing. M.D. Pa. L.R. 7.5. While the time for filing that brief has not yet run, the court hereby places the Claimant on notice that he shall brief, in addition to the substance of his motion to suppress, the issue of his standing to request suppression. **IT IS SO ORDERED**.

    s/Sylvia H. Rambo
SYLVIA H. RAMBO
United States District Judge

Dated: March 17, 2003.