IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CIVIL NO. 1:CV-01-1084** |
| **Plaintiff** | |
| **v.** | |
| **$1,790,021 IN U.S. CURRENCY,** | |
| **Defendant** | |
| **Alejandro Martinez-Lopez, Claimant** | |

## O R D E R

In light of the pending motions in the captioned matter, **IT IS HEREBY ORDERED THAT**:

1) This case is removed from the May 2003 trial list and the pretrial conference is canceled.

2) The deadlines for filing motions *in limine* and pretrial memoranda are suspended.

3) A new scheduling order will be issued, if necessary, following disposition of the pending motions.

                                                    s/Sylvia H. Rambo
                                                  SYLVIA H. RAMBO
                                                  United States District Judge

Dated: April 7, 2003.