AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
### MIDDLE DISTRICT OF PENNSYLVANIA
### JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff | Case No: 1:01-CV-1084 |
| V. | Judge Sylvia H. Rambo |
| $1,790,021 IN U.S. CURRENCY,<br>    Defendant | |
| ALEJENDRO MARTINEZ-LOPEZ<br>    Claimant | |

**9**   **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**:**   **Decision by Court.**  This action came to trial or hearing before the court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that judgment be and is hereby entered in favor of the Plaintiff, United States of America, and against the Defendant, $1,790,021 and Claimant, Alejandro Martinez-Lopez. Defendant *res* is hereby condemned and forfeited to Plaintiff.

**Date:** May 13, 2003                                    **Mary E. D'Andrea, Clerk of Court**

/s/ Mark J. Armbruster
**(By)** Mark J. Armbruster, Deputy Clerk